

# Fourth Court of Appeals
## San Antonio, Texas

October 11, 2023

No. 04-23-00595-CV

Sidney Vance **PHILLIPS**, Jr.,
Appellant

v.

Kimberly Rubeth **PHILLIPS**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2023CV01244
Honorable Cesar Garcia, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED FOR LACK OF JURISDICTION. It is ORDERED that costs of appeal are assessed against appellant Sidney Vance Phillips, Jr.

It is so **ORDERED** on October 11, 2023.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of October, 2023.

_____
Michael A. Cruz, Clerk of Court